UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRED ERIN DENNISON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO,<br><br>    Defendant. | Case No. 5:17-cv-02032-PSG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 13). No party has filed any written objections to the report.

IT IS HEREBY ORDERED that:

1.    The Report and Recommendation is approved and accepted; and

2.    Judgement shall be entered dismissing this case without prejudice.

Dated: _5/2/18_

_____
PHILIP S. GUTIERREZ
United States District Judge