UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| FRED ERIN DENNISON, | Case No. 5:17-cv-02032-PSG (JDE) |
| Plaintiff, | JUDGEMENT |
| v. | |
| COUNTY OF SAN BERNARDINO, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 5/2/18

PHILIP S. GUTIERREZ
United States District Judge